IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON L. PARKS,

      Plaintiff,                 No. CIV S-11-1713 DAD P

    vs.

BUTTE COUNTY JAIL, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored. In light of this order, plaintiff should disregard the court's order, filed on August 1, 2011, directing him to file an amended complaint and an in forma pauperis application.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: August 1, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
park1713.59